# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0674
Lower Tribunal No. F04-27920C
_____

**Charlie Thomas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Charlie Thomas, in proper person.

James Uthmeier, Attorney General and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See State v. McBride, 848 So. 2d 287, 290–91 (Fla. 2003)

(holding that, although res judicata does not prevent defendant from filing successive 3.800 motions raising new issues, collateral estoppel prevents defendant from relitigating issues previously presented and decided).